■ WENDY D. et al., Individually and as Parents and Natural Guardians of JOHN DOE, an Infant, Respondents, v DEAN E. GOFF, Defendant, and YOUNG MEN'S CHRISTIAN ASSOCIATION OF LOCKPORT, NEW YORK, Appellant. [887 NYS2d 907]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered January 15, 2009 in a personal injury action. The order, among other things, granted plaintiffs' motion for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for plaintiffs-respondents and defendant-appellant on August 24 and 25, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Smith, Carni and Green, JJ.